IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTRELLA REYES | : | CIVIL ACTION |
|     *as Administratrix Of the Estate of* | : | |
|     *Domingo Reyes, and in her own right* | : | No.: 10-702 |
| | : | |
|     v. | : | |
| | : | |
| CITY OF READING, et al. | : | |

## **ORDER**

AND NOW, this 27th day of July, 2010, it is ORDERED the Motion to Dismiss of Defendants City of Reading and Police Officer Darrin Dougherty (Doc. 4) is GRANTED.[1]

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Because Defendant Reading Hospital did not join the Defendants' Motion to Dismiss, this case shall remain open as to this Defendant only.